UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>APRIL S. BECHTOLD,<br><br>Defendant. | No. 2:15-PO-030-JTR<br><br>ORDER GRANTING MOTION TO DISMISS |

Before the Court is Defendant April S. Bechtold's Motion for Dismissal, ECF No. 11.

A Pretrial Diversion Agreement (the "Agreement") was entered in the above-captioned matter on April 23, 2015. The Court has been advised that Ms. Bechtold has complied with all requirements imposed pursuant to the Agreement, paid the required $250.00 forfeiture amount to the Central Violations Bureau, completed all required community service hours (in lieu of a fine), and committed no new federal, state, or local law violations.

Thus, for the reasons set forth in the Defendant's Motion,

**IT IS ORDERED** Defendant's Motion for Dismissal, ECF No. 11, is **GRANTED**. The above-captioned matter shall be DISMISSED, with prejudice.

DATED November 3, 2015.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1